PER CURIAM.

Arkansas Department of Correction officer Lethell Davis appeals an adverse jury verdict in a 42 U.S.C. § 1983 action brought against him, as well as the district court's[1] denial of his motion for judgment as a matter of law or for remittitur of the damages award. Upon de novo review, *see Kinserlow v. CMI Corp.,* 217 F.3d 1021, 1025 (8th Cir.2000), we conclude the district court did not err in denying Davis judgment as a matter of law. We also conclude the court did not abuse its discretion in denying Davis remittitur, as the award was not conscience-shocking or unjust. *See Duty v. Norton–Alcoa Proppants,* 293 F.3d 481, 496 (8th Cir.2002).

Accordingly, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

Before BYE, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

Missouri inmate Walter Edward Helgoth appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against prison officials, arising out of the prison's decision to deny Helgoth certain magazines containing explicit sexual content. Having reviewed de novo the record and the parties' briefs, we agree with the district court's bases for granting summary judgment. *See Liebe v. Norton,* 157 F.3d 574, 578 (8th Cir.1998) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

**Walter Edward HELGOTH, Appellant,**

v.

**Donna WILLIAMS; Jennifer Sache; Mike Curran; Dale Glass; Louise Phillips; Gene Stubblefield; J.P. Smith, Major, Appellees.**

No. 02–3026.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 25, 2003.

**UNITED STATES of America, Appellee,**

v.

**Jason Anthony HAYES, Appellant.**

No. 02–2718.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 14, 2003.

Decided Feb. 25, 2003.

---

**1.** The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

**1.** The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.